UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 25-21840-CV-WILLIAMS

WILLIAM HERNANDEZ CARRAZANA,

    Petitioner,

v.

U.S. ATTORNEY GENERAL,

    Respondent.
_____/

## ORDER TRANSFERRING CASE

**THIS MATTER** is before the Court on the *pro se* Petition for Writ of Habeas Corpus (DE 1) ("***Petition***") brought pursuant to 28 U.S.C. § 2241 by Petitioner William Hernandez Carrazana ("***Petitioner***"). In the Petition, Petitioner seeks an order from this Court granting him a bond hearing and release from custody. (*Id.* at 7.) Upon review of the Petition, the Court finds it lacks jurisdiction to grant the relief requested.

Pursuant to 28 U.S.C. § 2241, "[d]istrict courts are limited to granting habeas relief 'within their respective jurisdictions.'" *Rumsfeld v. Padilla,* 542 U.S. 426, 442 (2004) (quoting 28 U.S.C. § 2241(a)). Thus, for "habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement." *Id.* at 443.

In the Petition, Petitioner lists the Otay Mesa Detention Center (the "Otay Center"), located in San Diego, California, as his current address of confinement. (*Id.* at 1.) However, review of the official detainee locator on-line website of the Department of Homeland Security reveals that Petitioner is currently in immigration custody at the Pine Prairie Correctional Facility in Pine Prairie, Louisiana, a city located in Evangeline

County.[1]  Evangeline County is within the jurisdiction of the U.S. District Court for the Western District of Louisiana.  *See* 28 U.S.C. § 98(c). Consequently, the **Western** District of Louisiana is Petitioner's present "district of confinement," and therefore this Court—located in the U.S. District Court for the **Southern** District of Florida—lacks jurisdiction to hear this case. *See Rumsfeld*, 542 U.S. at 443.

Accordingly, it is **ORDERED AND ADJUDGED** that this matter be **TRANSFERRED** to the U.S. District Court for the Western District of Louisiana.  The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida this 23rd day of April, 2025.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**

**William Hernandez Carrazana,** *Pro Se*
Alien No. A-234343930
Otay Mesa Detention Facility
Inmate Mail/Parcels
7488 Calzada De La Fuente
San Diego, CA  92154
(address of record)

**William Hernandez Carrazana,** *Pro Se*
Alien No. A-234343930
Pine Prairie Correctional Center
Inmate Mail/Parcels
1133 Hampton Dupre Road
Pine Prairie, LA 70576
(current address of confinement)

---

[1] *See* https://locator.ice.gov/.